# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 402ND DISTRICT COURT OF WOOD COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 10th day of December, 2014, the cause upon appeal to revise or reverse your judgment between

**AARON JORDAN, MICHAEL JORDAN, HEATHER JORDAN, GILBERT JORDAN, PHYLLIS ANN WOODS AND DONNA JOYCE CURTIS, Appellants**

**NO. 12-13-00035-CV; Trial Court No. 2011-115**

Opinion by James T. Worthen, Chief Justice.

**CYNTHIA KAY LYLES, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the oral arguments, appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that the trial court's judgment should be reversed and rendered.

It is therefore ORDERED, ADJUDGED and DECREED by this court that the judgment of the trial court in favor of Appellee, **CYNTHIA KAY LYLES**, be, and the same is, hereby **reversed** and judgment is **rendered** in accordance with the jury's verdict. All costs in this cause expended in this court be, and the same are, hereby adjudged against the Appellee, **CYNTHIA KAY LYLES,** for which let execution issue; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 26th day of May, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
  Chief Deputy Clerk